AMANDA ALBA et al., Infants, Respondents, v JOSEPH PASTORESSA, as Executor of the Estate of ANGELO RIVIEZZO, et al., Appellants.

Submitted August 30, 2004; decided September 14, 2004

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, First Department, upon the ground that a direct appeal does not lie when questions

other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).